UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO TEXAS DIVISION

| | | |
|---|---|---|
| JOSEPH OLINICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Case No. 6:11-cv-00148-WSS** |
| | § | |
| CARDWORKS SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JOSEPH OLINICK ("Plaintiff"), and Defendant, CARDWORKS SERVICING, LLC, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: December 1, 2011       RESPECTFULLY SUBMITTED,
                              KROHN & MOSS, LTD.


                              By: /s/ Michael S. Agruss
                                  Michael S. Agruss
                                  KROHN & MOSS, LTD.
                                  10 N. Dearborn Street, 3rd Floor
                                  Chicago, IL 60602
                                  Tel: 323-988-2400 x235
                                  Fax: 866-620-2956
                                  magruss@consumerlawcenter.com
                                  Attorney for Plaintiff,
                                  JOSEPH OLINICK

Dated: December 1, 2011            RESPECTFULLY SUBMITTED,
                                   BUSH & RAMIREZ, LLC


                                   By: /s/  Keith Wier
                                       Keith Wier
                                       Bush & Ramirez, LLC
                                       24 Greenway Plaza, Suite 1700
                                       Houston, TX 77046
                                       Tel: 713-626-1555
                                       Fax: 713-622-8077
                                       kwier@bushramirez.com
                                       Attorneys for Defendant,
                                       CARDWORKS SERVICING, LLC

## PROOF OF SERVICE

On December 1, 2011, I served the following documents: **STIPULATION TO DISMISS**

On the parties listed below:

| | |
|---|---|
| Keith Wier<br>Bush & Ramirez, LLC<br>24 Greenway Plaza, Suite 1700<br>Houston, TX 77046 | Attorney for Defendant |

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on December 1, 2011, in Chicago, Illinois.

By:  /s/ Michael S. Agruss
         Michael S. Agruss