ED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS,
## WACO DIVISION

| | | |
|---|---|---|
| JOSEPH OLINICK,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. W-11-CA-00148 |
| | § | |
| CARDWORKS SERVICING, LLC,<br>    Defendant. | §<br>§<br>§ | |

## ORDER

Before the Court is the Stipulation of Dismissal. Federal Rule of Civil Procedure 41 provides that "the plaintiff may dismiss an action ... by filing a stipulation of dismissal signed by all the parties who have appeared." *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court, having reviewed the record and the motion, finds that all requirements of Rule 41 are satisfied. Accordingly, it is

**ORDERED** that this civil action is hereby **DISMISSED WITH PREJUDICE**, with all costs and fees to be paid by the party incurring same. It is further

**ORDERED** that any other motions not previously ruled upon by the Court are **DENIED** as moot.

SIGNED this _6_ day of December, 2011.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE